**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

vs                                          CASE NO.: 3:24CR4-1(MPS)
                                            USM #: 28692-511

CHRISTIAN PICHARDO

**AMENDMENT TO JUDGMENT**

It is Ordered that the Judgment and Order of Commitment entered by this Court in

the above-entitled case on July 15, 2025 be amended in part as follows:

**The Court hereby recommends that the Defendant participate in the Bureau
of Prison's RDAP program.**

It is hereby Ordered that the Judgment and Order of Commitment entered by this

Court on July 15, 2025 in all other respects remains the same.

So Ordered.

Dated at Hartford, Connecticut this 6th day of August 2025.

                                    /s/
                          _____
                          Michael P. Shea
                          United States District Judge